UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   CONSTANCE GIANOPOULOS          §          Case No.: 06-07644
                                        §
                                        §
                                        §
                                        §
         Debtor(s)                      §
---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/29/2006.

2) This case was confirmed on 11/30/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 08/26/2009.

6) Number of months from filing to the last payment: 38

7) Number of months case was pending: 42

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   7,410.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 32,500.00 |
| Less amount refunded to debtor | $ 313.60 |
| **NET RECEIPTS** | $ 32,186.40 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,058.49 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 2,187.67 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,246.16 |
| Attorney fees paid and disclosed by debtor | $ 441.51 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| IL DEPT OF EMPLOYMEN | UNSECURED | 7,572.00 | 9,362.87 | 9,362.87 | 9,362.87 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 325.45 | NA | NA | .00 | .00 |
| SIMON MCCLOSKY & SCO | PRIORITY | 19,981.20 | NA | NA | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | 224.04 | NA | NA | .00 | .00 |
| AMERICAN COLLECTIONS | UNSECURED | 66.33 | NA | NA | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ANGELO CAPUTOS | UNSECURED | 26.10 | NA | NA | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | 87.00 | NA | NA | .00 | .00 |
| CERTEGY CHECK SERVIC | UNSECURED | 34.00 | 33.88 | 33.88 | 33.88 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 32.09 | NA | NA | .00 | .00 |
| BCA FINANCIAL SERVIC | UNSECURED | 199.00 | NA | NA | .00 | .00 |
| BENNETT & DELONEY | UNSECURED | 34.00 | NA | NA | .00 | .00 |
| BLATT HASENMILLER LE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| BOYAJIAN LAW OFFICES | UNSECURED | 139.83 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CERTEGY PAYMENT RECO | UNSECURED | 36.22 | 33.88 | NA | .00 | .00 |
| CHECK CARE SYSTEM | UNSECURED | 67.92 | NA | NA | .00 | .00 |
| CHECK CARE SYSTEM | UNSECURED | 59.24 | NA | NA | .00 | .00 |
| COLLECTIONS UNLIMITE | UNSECURED | 41.21 | NA | NA | .00 | .00 |
| COMMERCIAL CHECK CON | UNSECURED | 66.75 | NA | NA | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | 311.00 | NA | NA | .00 | .00 |
| CONTINENTAL COLLECTI | UNSECURED | 59.00 | NA | NA | .00 | .00 |
| CRA SECURITY SYSTEMS | UNSECURED | 40.96 | NA | NA | .00 | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CRA SECURITY SYSTEMS | UNSECURED | 61.19 | NA | NA | .00 | .00 |
| CRA SECURITY SYSTEMS | UNSECURED | 37.93 | NA | NA | .00 | .00 |
| CRA SECURITY SYSTEMS | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| CRA SECURITY SYSTEMS | UNSECURED | 28.17 | NA | NA | .00 | .00 |
| CREDIT PROTECTION AS | UNSECURED | 44.15 | NA | NA | .00 | .00 |
| CSC CREDIT SERVICE | UNSECURED | 639.83 | NA | NA | .00 | .00 |
| D&B RECEIVABLE MGMNT | UNSECURED | 68.79 | NA | NA | .00 | .00 |
| DELTA SERVICE CORPOR | OTHER | 715.00 | NA | NA | .00 | .00 |
| EQUIFAX CHECK SERVIC | UNSECURED | 40.50 | NA | NA | .00 | .00 |
| EQUIFAX CHECK SERVIC | UNSECURED | 84.70 | NA | NA | .00 | .00 |
| EQUIFAX CHECK SERVIC | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| EQUIFAX CHECK SERVIC | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| EQUIFAX CHECK SERVIC | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| EQUIFAX CHECK SERVIC | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| EQUIFAX RISK MANAGEM | UNSECURED | 61.94 | NA | NA | .00 | .00 |
| EXECUTIVE COLLECTION | UNSECURED | 33.38 | NA | NA | .00 | .00 |
| GOLD KEY CREDIT | UNSECURED | 100.08 | NA | NA | .00 | .00 |
| HAYES CHAMBER OF COM | UNSECURED | 19.00 | NA | NA | .00 | .00 |
| HELIX | UNSECURED | 42.41 | NA | NA | .00 | .00 |
| HELLER & FRISONE LTD | OTHER | 35.78 | NA | NA | .00 | .00 |
| IC SYSTEMS | UNSECURED | 305.00 | NA | NA | .00 | .00 |
| IC SYSTEMS | UNSECURED | 268.00 | NA | NA | .00 | .00 |
| IC SYSTEMS | OTHER | 2,081.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 597.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| INSTA CHECK INC | UNSECURED | 41.33 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 12,497.71 | 18,507.71 | 18,507.71 | 18,507.71 | .00 |
| JACK HUNGERFORD PHD | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| JBC LEGAL GROUP | UNSECURED | 1,334.27 | NA | NA | .00 | .00 |
| JEWEL FOOD STORES IN | UNSECURED | 35.78 | 35.78 | 35.78 | 35.78 | .00 |
| LEONARD JAY SMITH | UNSECURED | 46.33 | NA | NA | .00 | .00 |
| NATIONAL ACTION FINA | UNSECURED | 515.25 | NA | NA | .00 | .00 |
| NCO COLLECTION AGENC | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NCO COLLECTION AGENC | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NORTHWESTERN SURGICA | UNSECURED | 790.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 206.53 | NA | NA | .00 | .00 |
| ORCHARD BANKCARD SER | UNSECURED | 1,876.41 | NA | NA | .00 | .00 |
| PALISADE COLLECTION | OTHER | 1,442.00 | NA | NA | .00 | .00 |
| PDL FINANCIAL SERVIC | UNSECURED | 629.03 | NA | NA | .00 | .00 |
| PHILIP TURCY . | UNSECURED | 64.57 | NA | NA | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | 774.89 | NA | NA | .00 | .00 |
| PROFFESSIONAL ACCOUN | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| PROFESSIONAL ACCOUNT | UNSECURED | 30.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RICHARD LYONS | UNSECURED | 40.96 | NA | NA | .00 | .00 |
| SCA CREDIT INC | UNSECURED | 83.95 | NA | NA | .00 | .00 |
| STARBUCKS COFFEE CO | UNSECURED | 16.30 | NA | NA | .00 | .00 |
| TELECHECK SERVICE IN | UNSECURED | 67.41 | NA | NA | .00 | .00 |
| TELECHECK SERVICE IN | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| TELECHECK SERVICE IN | UNSECURED | 33.83 | NA | NA | .00 | .00 |
| THE CREDIT BUREAU IN | UNSECURED | 41.75 | NA | NA | .00 | .00 |
| THE GRAIN DEPOT | UNSECURED | 96.62 | NA | NA | .00 | .00 |
| THE RIGHT START INC | UNSECURED | 42.80 | NA | NA | .00 | .00 |
| THOMAS JOLAS PC | UNSECURED | 2,081.20 | NA | NA | .00 | .00 |
| TROJAN CREDIT SERVIC | OTHER | 1,936.00 | NA | NA | .00 | .00 |
| TRS SERVICES | UNSECURED | 50.83 | NA | NA | .00 | .00 |
| UNION STATION MULTIP | UNSECURED | 284.66 | NA | NA | .00 | .00 |
| UNITED COMPUCRED | UNSECURED | 61.00 | NA | NA | .00 | .00 |
| UNITED COMPUCRED COL | UNSECURED | 36.37 | NA | NA | .00 | .00 |
| UNITED REVENUE SERVI | UNSECURED | 77.23 | NA | NA | .00 | .00 |
| VALENTINE & KEBARTAS | UNSECURED | 2,445.59 | NA | NA | .00 | .00 |
| WEXLER & WEXLER | UNSECURED | 97.64 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | 6,010.00 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | NA | NA | NA | .00 | .00 |
| D PATRICK MULLARKEY | OTHER | NA | NA | NA | .00 | .00 |
| US ATTORNEYS OFFICE | OTHER | NA | NA | NA | .00 | .00 |
| ILL DEPT OF ECON SEC | PRIORITY | 7,572.00 | NA | NA | .00 | .00 |
| HITCHCOCK AND ASSOCI | PRIORITY | 1,700.00 | NA | NA | .00 | .00 |
| BENSENVILLE HOME SOC | PRIORITY | 27,088.08 | NA | NA | .00 | .00 |
| CLERK OF THE CIRCUIT | UNSECURED | NA | 183.22 | 183.22 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Summary of Disbursements to Creditors:** | | | |
| **Secured Payments:** | | | |
|     Mortgage Ongoing | .00 | .00 | .00 |
|     Mortgage Arrearage | .00 | .00 | .00 |
|     Debt Secured by Vehicle | .00 | .00 | .00 |
|     All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | .00 | .00 | .00 |
|     Domestic Support Ongoing | .00 | .00 | .00 |
|     All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 28,123.46 | 27,940.24 | .00 |

**Disbursements:**

| | | |
|---|---|---|
|     Expenses of Administration | $ | 4,246.16 |
|     Disbursements to Creditors | $ | 27,940.24 |
| **TOTAL DISBURSEMENTS:** | $ | 32,186.40 |

    12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    12/28/2009                               /s/ Tom  Vaughn
                                                                          Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**