**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | Case No. 06-07644 |
|---|---|
| CONSTANCE GIANOPOULOS | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/29/2006.

2) The plan was confirmed on 11/30/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 08/26/2009.

6) Number of months from filing to last payment: 38.

7) Number of months case was pending: 86.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,410.00.

10) Amount of unsecured claims discharged without payment: $18,057.51.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $32,500.00 |
| Less amount refunded to debtor | $313.60 |

**NET RECEIPTS:** $32,186.40

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,058.49 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,187.67 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,246.16

Attorney fees paid and disclosed by debtor:    $441.51

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC INTERNATIONAL | Unsecured | 224.04 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTIONS & CREDIT | Unsecured | 66.33 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ANGELO CAPUTOS | Unsecured | 26.10 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 32.09 | NA | NA | 0.00 | 0.00 |
| BCA FINANCIAL SERVICE | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| BENNETT & DELONEY | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| BENSENVILLE HOME SOCIETY | Priority | 27,088.08 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| BOYAJIAN LAW OFFICES | Unsecured | 139.83 | NA | NA | 0.00 | 0.00 |
| CERTEGY | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY CHECK SERVICE INC | Unsecured | 34.00 | 33.88 | 33.88 | 33.88 | 0.00 |
| CERTEGY PAYMENT RECOVERY SEI | Unsecured | 36.22 | 33.88 | NA | 0.00 | 0.00 |
| CHECK CARE SYSTEM | Unsecured | 67.92 | NA | NA | 0.00 | 0.00 |
| CHECK CARE SYSTEM | Unsecured | 59.24 | NA | NA | 0.00 | 0.00 |
| COLLECTIONS UNLIMITED | Unsecured | 41.21 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL CHECK CONTROL | Unsecured | 66.75 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL COLLECTION | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| CRA SECURITY SYSTEMS | Unsecured | 40.96 | NA | NA | 0.00 | 0.00 |
| CRA SECURITY SYSTEMS | Unsecured | 61.19 | NA | NA | 0.00 | 0.00 |
| CRA SECURITY SYSTEMS | Unsecured | 37.93 | NA | NA | 0.00 | 0.00 |
| CRA SECURITY SYSTEMS | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| CRA SECURITY SYSTEMS | Unsecured | 28.17 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC * | Unsecured | 44.15 | NA | NA | 0.00 | 0.00 |
| CSC CREDIT SERVICE | Unsecured | 639.83 | NA | NA | 0.00 | 0.00 |
| D&B RECEIVABLE MGMNT | Unsecured | 68.79 | NA | NA | 0.00 | 0.00 |
| EQUIFAX CHECK SERVICES | Unsecured | 40.50 | NA | NA | 0.00 | 0.00 |
| EQUIFAX CHECK SERVICES | Unsecured | 84.70 | NA | NA | 0.00 | 0.00 |
| EQUIFAX CHECK SERVICES | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EQUIFAX CHECK SERVICES | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| EQUIFAX CHECK SERVICES | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| EQUIFAX CHECK SERVICES | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| EQUIFAX RISK MANAGEMENT | Unsecured | 61.94 | NA | NA | 0.00 | 0.00 |
| EXECUTIVE COLLECTION BUREAU | Unsecured | 33.38 | NA | NA | 0.00 | 0.00 |
| FRIEDMAN & WEXLER | Unsecured | 97.64 | NA | NA | 0.00 | 0.00 |
| GOLD KEY CREDIT | Unsecured | 100.08 | NA | NA | 0.00 | 0.00 |
| HAYES CHAMBER OF COMMERCE | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| HELIX | Unsecured | 42.41 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 7,572.00 | 9,362.87 | 9,362.87 | 9,362.87 | 0.00 |
| ILL DEPT OF ECON SEC | Priority | 7,572.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 597.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 325.45 | NA | NA | 0.00 | 0.00 |
| INSTA CHECK INC | Unsecured | 41.33 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 12,497.71 | 18,507.71 | 18,507.71 | 18,507.71 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 6,010.00 | NA | NA | 0.00 | 0.00 |
| JACK HUNGERFORD PHD | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| JBC LEGAL GROUP | Unsecured | 1,334.27 | NA | NA | 0.00 | 0.00 |
| JEWEL FOOD STORES INC | Unsecured | 35.78 | 35.78 | 35.78 | 35.78 | 0.00 |
| KAPLAN BANKRUPTCY FIRM LLC | Priority | 1,700.00 | NA | NA | 0.00 | 0.00 |
| LEONARD JAY SMITH | Unsecured | 46.33 | NA | NA | 0.00 | 0.00 |
| NATIONAL ACTION FINANCIAL | Unsecured | 515.25 | NA | NA | 0.00 | 0.00 |
| NCO COLLECTION AGENCY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NCO COLLECTION AGENCY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 206.53 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN SURGICAL ASSOCI | Unsecured | 790.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANKCARD SERVICES | Unsecured | 1,876.41 | NA | NA | 0.00 | 0.00 |
| PDL FINANCIAL SERVICES | Unsecured | 629.03 | NA | NA | 0.00 | 0.00 |
| PHILIP TURCY . | Unsecured | 64.57 | NA | NA | 0.00 | 0.00 |
| PLAZA ASSOCIATES | Unsecured | 774.89 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| PROFFESSIONAL ACCOUNT MGMT | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| RICHARD LYONS | Unsecured | 40.96 | NA | NA | 0.00 | 0.00 |
| SCA CREDIT INC | Unsecured | 83.95 | NA | NA | 0.00 | 0.00 |
| SIMON MCCLOSKY & SCOVELL | Priority | 19,981.20 | NA | NA | 0.00 | 0.00 |
| STARBUCKS COFFEE CO | Unsecured | 16.30 | NA | NA | 0.00 | 0.00 |
| TELECHECK SERVICE INC | Unsecured | 67.41 | NA | NA | 0.00 | 0.00 |
| TELECHECK SERVICE INC | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| TELECHECK SERVICE INC | Unsecured | 33.83 | NA | NA | 0.00 | 0.00 |
| THE CREDIT BUREAU INC | Unsecured | 41.75 | NA | NA | 0.00 | 0.00 |
| THE GRAIN DEPOT | Unsecured | 96.62 | NA | NA | 0.00 | 0.00 |
| THE RIGHT START INC | Unsecured | 42.80 | NA | NA | 0.00 | 0.00 |
| THOMAS JOLAS PC | Unsecured | 2,081.20 | NA | NA | 0.00 | 0.00 |
| TRS SERVICES | Unsecured | 50.83 | NA | NA | 0.00 | 0.00 |
| UNION STATION MULTIPLEX | Unsecured | 284.66 | NA | NA | 0.00 | 0.00 |
| UNITED COMPUCRED | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| UNITED COMPUCRED COLLECTIONS | Unsecured | 36.37 | NA | NA | 0.00 | 0.00 |
| UNITED REVENUE SERVICE INC | Unsecured | 77.23 | NA | NA | 0.00 | 0.00 |
| VALENTINE & KEBARTAS INC | Unsecured | 2,445.59 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$27,940.24** | **$27,940.24** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,246.16 |
| Disbursements to Creditors | $27,940.24 |
| **TOTAL DISBURSEMENTS :** | **$32,186.40** |

    12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/05/2013                         By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**